JENNIE ANDREWS, as Administratrix of the Estate of JOSEPH H. ANDREWS, Deceased, Respondent, *v.* WESTERN NEW YORK AND PENNSYLVANIA RAILWAY COMPANY, Appellant.

*Andrews* v. *Western N. Y. & Pa. Ry. Co.*, 79 App. Div. 646, affirmed.
(Argued April 29, 1904; decided May 17, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 7, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*C. S. Cary* for appellant.

*J. H. Waring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and VANN, JJ. Not voting: HAIGHT, J. Dissenting: WERNER, J.

---

ELIGIO MENDIZABAL, an Infant, by THOMAS E. SUMMERS, his Guardian ad Litem, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Mendizabal* v. *N. Y. C. & H. R. R. R. Co.*, 89 App. Div. 386, appeal dismissed.
(Submitted May 9, 1904; decided May 17, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the judgment of affirmance having been unanimous the Court of Appeals had no jurisdiction to entertain the appeal.

*Cornelius O'Connor* for motion.

*Charles C. Paulding* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.